FILED
15-0795
11/3/2015 4:57:07 PM
tex-7668695
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. 15-0795

_____

## IN THE SUPREME COURT OF TEXAS

_____

### IN RE JOSEPH ANDRE DAVIS

FLOYD DANIEL LOPEZ (REAL PARTY IN INTEREST)
IRMA OLGA JIMENEZ (REAL PARTY IN INTEREST)

_____

On Petition for Writ of Mandamus
from the First District Court of Appeals at Houston
NO. 01-15-00408-CV
From the 245th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2014-58410
The Honorable Judge Roy L. Moore presiding

_____

## MOTION FOR EXTENSION OF TIME TO FILE
## RESPONSE TO PETITION FOR WRIT OF MANDAMUS OF JOSEPH ANDRE DAVIS

_____

**Misty A. Hataway-Coné**
**TEXAS BAR NO. 24032277**
**GODWIN PC**
**4 Houston Center**
**1331 Lamar Street, Suite 1665**
**Houston, Texas  77010**
**Telephone: 713-595-8300**
**Facsimile:  713-425-7594**

_____

### ATTORNEYS FOR REAL PARTIES IN INTEREST

_____

1

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Floyd Daniel Lopez and Irma Olga Jimenez, Real Parties in Interest in the above-referenced proceeding, respectfully submit this Motion for Extension of Time to File Response to Petition for Writ of Mandamus of Joseph Andre Davis, and respectfully request that the Court grant the motion and extend the deadline for filing the Response by eight (8) days from November 9, 2015 to November 17, 2015. In support thereof, Real Parties in Interest respectfully show the Court the following:

1.      On October 26, 2015 the Court requested a response from Real Parties in Interest. The Response is due to be filed on or before November 9, 2015, fourteen (14) days from the date of the Court's request.

2.      The length of the extension sought is eight (8) days, from November 9, 2015 to November 17, 2015.

3.      Real Parties in Interest require the extension of the deadline for filing the Response because on November 3, 2015 they retained appellate counsel, undersigned, to file the Response on their behalf. The request for extension of time represents a request for a new deadline of fourteen (14) days from the date Real Parties in Interest retained counsel to file on their behalf.

4.      Misty A. Hataway-Coné, recently retained lead appellate counsel for Real Parties in Interest, is unfamiliar with the facts and procedural history in the underlying suit and appeal and requests additional time to gather the information needed to draft the Response.

5.      Additionally, Mrs. Hataway-Coné has: (1) a mediation scheduled for November 4, 2015 in another matter, Cause No. 69992; *In the Interest of K.E.K and C.R.K Children*; In the 300th Judicial District Court of Brazoria County, Texas; (2) a presentation to Texas State Bank on November 5, 2015; and (3) an opening appellate brief due on November 23, 2015 in Civil Action No. 4:15-cv-2517; Bankruptcy Case No. 13-33264; *Digerati Technologies, Inc., et al., Debtor v. Hoover Slovacek LLP*; In the United States Bankruptcy Court for the Southern District of Texas – Houston Division.

6.      The trial date for the underlying suit in this matter has been reset from November 2, 2015 to February 8, 2016, so the requested extension of time will not affect the proceedings in the trial court.

7.      Real Parties in Interest have not previously requested nor been granted any extensions of the deadline for filing the Response.

8.      The First District Court of Appeals at Houston denied the Petition for Writ of Mandamus on July 28, 2015.

9.      The case number in the Court of Appeals was 01-15-00414-CV, styled *In re Joseph Andre Davis, Relator*.

10.     The cause number of the underlying matter is 2014-58410, in the 245th Judicial District Court of Harris County, Texas, the Honorable Judge Roy L. Moore presiding, styled *Floyd D. Lopez v. Joseph Andre Davis*.

**WHEREFORE, PREMISES CONSIDERED**, Real Parties in Interest Floyd Daniel Lopez and Irma Olga Jimenez respectfully request the Court grant this Motion for Extension of Time to File Response to Petition for Writ of Mandamus of Joseph Andre

3

Davis, and extend the deadline for filing the Petition for Review by eight (8) days from November 9, 2015 to November 17, 2015. Real Parties in Interest Floyd Daniel Lopez and Irma Olga Jimenez also respectfully request all such further and other relief to which they may be justly entitled at law and in equity.

Respectfully submitted,

**GODWIN PC**

By: _____
**Misty A. Hataway-Coné**
Texas State Bar No. 24032277
MCone@GodwinLaw.Com
1331 Lamar Street, Suite 1665
Houston, Texas 77010
Telephone: 713-595-8300
Facsimile: 713-425-7594

**ATTORNEYS FOR REAL PARTIES IN INTEREST**

### CERTIFICATE OF SERVICE

The undersigned counsel of record for Real Parties in Interest hereby certifies that true and correct copies of this Motion for Extension of Time to File Response to Petition for Writ of Mandamus were forwarded to Joseph Andre Davis, Relator by certified mail, return receipt requested, on November 3, 2015:

Joseph Andre Davis, *Pro Se*
3323 Rose Trace Drive
Spring, Texas 77386

*/s/ Misty A. Hataway-Coné*
**Misty A. Hataway-Coné**

4

## CERTIFICATE OF CONFERENCE

The undersigned counsel of record for Real Parties in Interest hereby certifies that an attempt to confer with Joseph Andre Davis, who is representing himself *pro se*, was made on November 3, 2015 via telephonic conference. A message was left for Mr. Davis but as of the time of the filing of this request, no response has been received. Accordingly, this Motion for Extension of Time to File Response to Petition for Writ of Mandamus of Joseph Andre Davis is submitted to the Court for its consideration and determination.

*/s/ Misty A. Hataway-Coné*
**Misty A. Hataway-Coné**

2713449 v1-99999/1208 PLEADINGS